```
PHILLIP A. TALBERT
Acting United States Attorney
JOHN E. SCANLON
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

Attorneys for Plaintiff
United States of America
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RYAN L. WELCH,<br><br>    Defendant. | 2:21-po-00549-JDP<br><br>STIPULATION AND [~~Proposed~~]<br>ORDER TO CONTINUE STATUS<br>CONFERENCE<br><br>DATE:  February 28, 2022<br>TIME:  2:00 p.m.<br>JUDGE: Hon. Jeremy D. Peterson |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, stipulate as follows:

1. By previous order, this matter was scheduled for a status conference on February 28, 2022 at 2:00 p.m.

2. By this stipulation, the parties now jointly move to

///

///

///

///

STIPULATION AND [~~PROPOSED~~] ORDER          1                  U.S. v. RYAN L. WELCH

continue the status conference to May 9, 2022 at 10:00 a.m.

    IT IS SO STIPULATED.

DATED: February 24, 2022    PHILLIP A. TALBERT
Acting United States Attorney

By: */s/ John Scanlon*
JOHN E. SCANLON
Special Assistant U.S. Attorney

*/s/ David W. Dratman*
DAVID W. DRATMAN
Counsel for Defendant
(*Approved via email on 2/24/2022*)

### [~~PROPOSED~~] FINDINGS AND ORDER

IT IS SO ORDERED, that the status conference currently scheduled on February 28, 2022 shall be continued to May 9, 2022 at 10:00 a.m.

FOUND AND ORDERED this 24th day of February 2022.

THE HONORABLE JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE