```
PHILLIP A. TALBERT
United States Attorney
JOHN E. SCANLON
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

Attorneys for Plaintiff
United States of America
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:21-po-00549-JDP |
| Plaintiff, | ) STIPULATION AND [~~Proposed~~] |
|  | ) ORDER TO CONTINUE STATUS |
| v. | ) CONFERENCE |
|  | ) |
| RYAN L. WELCH, | ) DATE:  May 9, 2022 |
|  | ) TIME:  10:00 a.m. |
| Defendant. | ) JUDGE: Hon. Jeremy D. Peterson |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, stipulate as follows:

1. By previous order, this matter was scheduled for a status conference on May 9, 2022 at 10:00 a.m.

2. By this stipulation, the parties now jointly move to

///

///

///

///

STIPULATION AND [~~PROPOSED~~] ORDER          1                    U.S. v. RYAN L. WELCH

continue the status conference to June 27, 2022 at 10:00 a.m.

IT IS SO STIPULATED.

DATED: May 3, 2022          PHILLIP A. TALBERT
                            United States Attorney


                    By:     /s/ John Scanlon
                            JOHN E. SCANLON
                            Special Assistant U.S. Attorney


                            /s/ David W. Dratman
                            DAVID W. DRATMAN
                            Counsel for Defendant
                            (*Approved via email on 5/3/2022*)


### [~~PROPOSED~~] FINDINGS AND ORDER

IT IS SO ORDERED, that the status conference currently scheduled on May 9, 2022 shall be continued to June 27, 2022 at 10:00 a.m.

FOUND AND ORDERED this 3rd day of May 2022.

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE