1  PHILLIP A. TALBERT
   United States Attorney
2  JOHN E. SCANLON
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  (916) 554-2700

5  Attorneys for Plaintiff
   United States of America

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        ) 2:21-po-00549-JDP
                                     )
12          Plaintiff,               ) STIPULATION AND [~~Proposed~~]
                                     ) ORDER TO CONTINUE STATUS
13      v.                           ) CONFERENCE
                                     )
14  RYAN WELCH,                      ) DATE:  July 25, 2022
                                     ) TIME:  10:00 a.m.
15          Defendant.               ) JUDGE: Hon. Jeremy D. Peterson
                                     )
16                                   )
                                     )
17  _____)

18                         **STIPULATION**

19      The United States of America, by and through its counsel of

20  record, and defendant, by and through his counsel of record,

21  stipulate as follows:

22      1.   By previous order, this matter was scheduled for a status

23           conference on July 25, 2022 at 10:00 a.m.

24  ///

25  ///

26  ///

27  ///

28  ///

2.   By this stipulation, the parties now jointly move to
continue the status conference to October 3, 2022 at 10:00
a.m.

IT IS SO STIPULATED.


DATED: July 21, 2022          PHILLIP A. TALBERT
                              United States Attorney


                    By:  */s/ John Scanlon*
                         JOHN E. SCANLON
                         Special Assistant U.S. Attorney


                         */s/ David W. Dratman*
                         DAVID W. DRATMAN
                         Counsel for Defendant
                         (*Approved via email on 7/21/2022*)


**[PROPOSED] FINDINGS AND ORDER**

IT IS SO ORDERED, that the status conference currently scheduled
on July 25, 2022 at 10:00 a.m. shall be continued to October 3, 2022
at 10:00 a.m.

FOUND AND ORDERED this 21st day of July 2022.


THE HONORABLE JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

U.S. V. RYAN WELCH