```
PHILLIP A. TALBERT
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

Attorneys for Plaintiff
United States of America
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:21-po-00549-JDP |
| Plaintiff, | ) STIPULATION AND [~~Proposed~~] |
| | ) ORDER TO CONTINUE STATUS |
| v. | ) CONFERENCE |
| RYAN WELCH, | ) DATE:  October 3, 2022 |
| | ) TIME:  10:00 a.m. |
| Defendant. | ) JUDGE: Hon. Jeremy D. Peterson |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, stipulate as follows:

1. By previous order, this matter was scheduled for a status conference on October 3, 2022 at 10:00 a.m.

///

///

///

///

///

2.  By this stipulation, the parties now jointly move to continue the status conference to November 28, 2022 at 10:00 a.m.

IT IS SO STIPULATED.

DATED: September 29, 2022                    PHILLIP A. TALBERT
                                             United States Attorney

                                      By:  */s/ Heiko P. Coppola*
                                           HEIKO P. COPPOLA
                                           Assistant U.S. Attorney


                                           */s/ David W. Dratman*
                                           DAVID W. DRATMAN
                                           Counsel for Defendant


## [~~PROPOSED~~] FINDINGS AND ORDER

IT IS SO ORDERED, that the status conference currently scheduled on October 3, 2022 at 10:00 a.m. shall be continued to November 28, 2022 at 10:00 a.m.

FOUND AND ORDERED this 3rd day of October 2022.

_____
THE HONORABLE JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE