PHILLIP A. TALBERT
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | 2:21-po-00549-JDP |
|                                    ) | |
|           Plaintiff,               ) | STIPULATION AND [~~Proposed~~] |
|                                    ) | ORDER TO CONTINUE STATUS |
|      v.                            ) | CONFERENCE |
|                                    ) | |
| RYAN WELCH,                        ) | DATE:  November 28, 2022 |
|                                    ) | TIME:  10:00 a.m. |
|           Defendant.               ) | JUDGE: Hon. Jeremy D. Peterson |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, stipulate as follows:

1. By previous order, this matter was scheduled for a status conference on November 28, 2022 at 10:00 a.m.

///

///

///

///

///

2. By this stipulation, the parties now jointly move to continue the status conference to January 30, 2023 at 10:00 a.m.

IT IS SO STIPULATED.

DATED: November 23, 2022         PHILLIP A. TALBERT
                                 United States Attorney

                            By:  */s/ Heiko P. Coppola*
                                 HEIKO P. COPPOLA
                                 Assistant U.S. Attorney


                                 */s/ David W. Dratman*
                                 DAVID W. DRATMAN
                                 Counsel for Defendant


## [~~PROPOSED~~] FINDINGS AND ORDER

IT IS SO ORDERED, that the status conference currently scheduled on November 28, 2022 at 10:00 a.m. shall be continued to January 30, 2023 at 10:00 a.m.

FOUND AND ORDERED this 28th day of November 2022.

_____
THE HONORABLE JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE