DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
601 University Avenue, Suite 145
Sacramento, California  95825-6738
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
RYAN WELCH

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>    v.<br><br>RYAN WELCH,<br><br>      Defendant. | 2:21-PO-00549 JDP<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE<br><br>DATE: January 30, 2023<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Jeremy D. Peterson |

   IT IS HEREBY STIPULATED BETWEEN the parties by and through their counsel of record, as follows:

   1. By previous order, this matter was scheduled for a status conference on January 30, 2023 at 10:00 a.m.

//
//
//
//
//
//
//
//

2. By this stipulation, the parties now jointly move to continue the status conference to March 20, 2023 at 10:00 a.m.

IT IS SO STIPLUATED:

DATED: JANUARY 25, 2023            /s/ David W. Dratman
                                   DAVID W. DRATMAN
                                   Attorney for Defendant
                                   RYAN WELCH


DATED: JANUARY 25, 2023            PHILLIP A. TALBERT
                                   United States Attorney

                                   By: /s/ Heiko P. Coppola*
                                   HEIKO P. COPPOLA
                                   Assistant U.S. Attorney
                                   *Signed with permission

ORDER

IT IS SO ORDERED, that the status conference currently scheduled for January 30, 2023 at 10:00 a.m. shall be continued to March 20, 2023 at 10:00 a.m.

DATED: January 25, 2023

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE